```
 1 │ THOMAS P. O'BRIEN
   │ United States Attorney
 2 │ CHRISTINE C. EWELL
   │ Assistant United States Attorney
 3 │ Chief, Criminal Division
   │ MARK P. TAKLA (California Bar No. 218111)
 4 │ Assistant United States Attorney
   │ General Crimes Section
 5 │      1500 United States Courthouse
   │      312 North Spring Street
 6 │      Los Angeles, California 90012
   │      Telephone:  (213) 894-8478
 7 │      Facsimile:  (213) 894-3713
   │      Email:  mark.takla@usdoj.gov
 8 │
   │ Attorneys for Plaintiff
 9 │ UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
MAR 10 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
2009 MAR 10 PM 1:09
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 09-399M |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER FOR |
| | ) DESIGNATING AND DETAINING |
| v. | ) MATERIAL WITNESSES WITH |
| | ) APPEARANCE BOND SECURED BY |
| CARLOS ORTEGA-FRANCISCO, | ) THIRD PARTY AFFIDAVIT OF |
| EULOGIO VALENTIN TORRES-ORELLANA, | ) SURETY WITHOUT JUSTIFICATION |
| NELSON FERNANDO TORRES-CASTILLO, | ) |
| Defendants. | ) |

   FOR GOOD CAUSE SHOWN, and pursuant to 18 U.S.C. § 3144, IT IS HEREBY ORDERED that the following persons are hereby declared to be material witnesses in the above-captioned case:

   1.   Fredesvinda Argueta-Hernandez

   2.   Sonia Argueta-Membreno

   3.   Danny Lucero-Dominguez

   4.   Fredis Membreno-Argueta

   5.   Fredy Morocho-Leon

   6.   Norma Tenesaca-Jachero

IT IS HEREBY FURTHER ORDERED that these aforementioned material witnesses shall be bound over to the custody of the United States Marshal, Central District of California, or in the alternative, released under the following conditions to assure their presence at trial:

(1) the furnishing of a $5,000 appearance bond secured by a third-party affidavit of surety without justification (with approval of the surety by Pre-trial Services); and

(2) Pre-trial Services supervision.

DATED: March 10, 2009

_____
THE HONORABLE CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE

Presented by:

_____
MARK P. TAKLA
Assistant United States Attorney