```
 1  SEAN K. KENNEDY (No. 145632)
    Federal Public Defender
 2  (E-mail: Sean_Kennedy@fd.org)
    JENNIFER J. UYEDA (No. 238602)
 3  (E-mail: Jennifer_Uyeda@fd.org)
    321 East 2nd Street
 4  Los Angeles, California 90012-4202
    Telephone (213) 894-7524
 5  Facsimile (213) 894-0081
 6
    Attorneys for Material Witnesses:
 7  Ruperto Caiza-Caiza
    Nelson Cruz-Chabez
 8  Luis Guaman-Murosumbai
    Luis Alfredo Puma De La Cruz
 9  Carlos Elias De La Cruz
    Juan Penafiel Regelado
10  Santiago Chavez-Portillo
    Nelson Fernando Torres-Castillo
11
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. 09-00243-JFW |
| Plaintiff, ) | ORDER TO DE-DESIGNATE |
| ) | AND RELEASE THE DEFENSE |
| v. ) | DESIGNATED MATERIAL |
| ) | WITNESSES |
| CARLOS ORTEGA-FRANCISCO, et. al,) | |
| Defendant. ) | |
| In re Defense Designated Material ) | |
| Witnesses ) | |
| Ruperto Caiza-Caiza ) | |
| Nelson Cruz-Chabez ) | |
| Luis Guaman-Murosumbai ) | |
| Luis Alfredo Puma De La Cruz ) | |
| Carlos Elias De La Cruz ) | |
| Juan Penafiel Regelado ) | |
| Santiago Chavez-Portillo ) | |
| Nelson Fernando Torres-Castillo ) | |
| ) | |
| _____ ) | |

GOOD CAUSE, HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the following Defense Designated Material Witnesses be de-designated, released from custody, and deported forthwith:

(1) Ruperto Caiza-Caiza;

(2) Nelson Cruz-Chabez;

(3) Luis Guaman-Murosumbai;

(4) Luis Alfredo Puma De La Cruz;

(5) Carlos Elias De La Cruz Lluhgsa, a.k.a. Jose Luis Lascano;

(6) Juan Penafiel Regelado;

(7) Santiago Chavez-Portillo; and

(8) Nelson Fernando Torres-Castillo.

DATED: May 13, 2009

_____
HONORABLE JOHN F. WALTER

cc: USPO, PSALA